GEORGE CHAPELLIER, Respondent, *v.* HENRY WOODHOUSE, Doing Business as THE HISTORIC ART GALLERIES, Appellant.

Submitted June 1, 1948; decided June 4, 1948.

*Isidor Unger* for motion.

*Henry Woodhouse,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion on the ground that it does not appear that any constitutional question is involved.